UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAQUITHIA LANETTE JACKSON,

   Plaintiff,

v.

                                  Case No. 25-11143

                                  Hon. F. Kay Behm
                                  Mag. Judge Anthoney P. Patti

OFFICER TODD POPPEMA

   Defendant.

---

## ORDER GRANTING EX PARTE MOTION FOR STAY DURING LAPSE OF APPROPRIATIONS

---

     The Court grants Defendant's Ex Parte Motion for Stay During Lapse of Appropriations. This matter is stayed until the Court receives notice that Congress has appropriated funds for the Department of Justice, or until further order of the Court.

     **SO ORDERED**.

Date: October 1, 2025                              s/F. Kay Behm
                                                               F. Kay Behm
                                                                  United States District Judge